RETURN OF SERVICE

FILED
2007 DEC 17 PM 1:52
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

PERSON TO BE SERVED:

JAMES UPCHURCH
FL DEPT OF CORRECTIONS
2601 BLAIRSTONE RD

RECEIPT NUMBER: 0015449-FB

PLAINTIFF: AKEEM MUHAMMAD
DEFENDANT: GEORGE SAPP ET.AL
TYPE WRIT: SUMMONS
   COURT: FT. MEYERS
   CASE #: 07-740

COURT DATE:
COURT TIME:

Received the above-named writ on December 11, 2007, at 3:14 PM, and SERVED / NONSERVED the same on the ___10___ day of __Dec__, 2007, at __9:50__ AM / PM, in LEON County, Florida, as follows:

_____ GOVERNMENTAL AGENCY / OFFICIAL / ASSOCIATION / CORPORATION
By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me to ~~SUSAN MAHER~~ James Upchurch

as DEP GENERAL COUNSEL of the within named Defendant

to-wit: FL DEPT OF CORRECTIONS


_____ NOT FOUND
By returning said writ unserved for the reason that after due diligence to locate, the named person to-wit:

_____
could not be found in LEON County, Florida.


SERVICE COST: $0.00
JG, CIVIL CLERK

LARRY CAMPBELL, SHERIFF
LEON COUNTY, FLORIDA

MAIL TO:                                BY: _____

   MIDDLE DISTRICT OF FL.                [ ] DEPUTY SHERIFF  [X] PROCESS SERVER
   2110 FIRST STREET
   FT. MEYERS, FL   33901                                           VC

%AO 440 (Rev. 10/93) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT

2007 DEC 17 PM 1:52

__middle__ District of __Florida__
Ft. Myers Division

MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

Akeem Muhammad,
V.

George Sapp;
D.A. Colon; R.J. Poccia;
Wendel Whitehurst; James
Upchurch; James McDonough.

SUMMONS IN A CIVIL CASE

CASE NO. 2:07-CV-740-FtM-34 DNF

RECEIVED
SHERIFF'S OFFICE
LEON CO. FLA
07 DEC 11 PM 2:26
LARRY CAMPBELL
SHERIFF

TO: (Name and address of Defendant)

James Upchurch
Chief of Bureau of Security Operations
Florida Dept. of Corrections
2601 Blair Stone Rd.
Tallahassee, FL 32399

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Akeem Muhammad 706732
Florida State Prison
7819 NW 228 St
Raiford, FL 32026

SERVED THIS __12__ DAY OF __Dec__
20__07__ AT __950__ A.M. ____ P.M.
LARRY CAMPBELL, SHERIFF OF LEON COUNTY, FL
BY_____DS

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

## Sheryl L. Loesch
## Clerk of Court

CLERK _Sherry Upshaw_

DATE 12/3/07

(By) DEPUTY CLERK

12/6/07

Akeem Muhammad 706732
Florida State Prison
7814 NW 228 St.
Raiford, FL 32026

Legal Process Division
Leon County Sheriff's Office
Legal Process Division
P.O. Box 727
Tallahassee, FL 32302-0727



Respectfully,

    I respectfully request your office to serve process and a civil complaint on three defendants who are officials at the Dept. of Corrections, namely James McDonough, George Sapp and James Upchurch. I have verified that my complaint may be served by a sheriff's deputy.

    I am indigent and unable to pay the fee for service of process. Please waive this fee for me. In this regards, please find enclosed my affidavit of indigency, a print out showing the balance of my inmate account, and a court order or certificate of insolvency issued by the court.

    Also, please find enclosed:
    1). Original Summons for McDonough (with return of service on reverse side), plus ~~necessary~~ one copy;

1 of 2.

2). Original Summons for Sapp, plus **1** copy;
3) Original Summons for Uechurch, plus **1** copy;
4). ~~original~~ Three copies of the civil complaint;
5). Two stamped envelopes, one addressed to me (so that I receive a copy of the return of service), and the other addressed to the clerk of court that my paperwork originates from.

Thank you very much for your time and assistance.

Respectfully,

Akeem Muhammad

enclosures.
cc: File

2.

## Affidavit of Indigency of Akeem Muhammad

State of Florida
County of Bradford

I, Akeem Muhammad, under oath, do hereby testify as follows:

1). My name is Akeem Muhammad. I am over the age of 21 years old and have personal knowledge of the matters contained herein.

2). I am a life sentenced inmate in the Fla. Dept. of Corrections (DOC) and assigned number 706732, and have been since 1/28/97.

3). I am single. I donot have any children nor dependents.

4). I donot own any home, automobile, or any real or other property of value.

5). I donot receive any income.

6). I donot have a checking, saving or money market account. I donot own or hold any cash.

7). I donot have any monthly expenses.

8). I am not employed in any inmate work

1. of 2.

program nor do I receive any wages from DOC.

9). My last employment was in 1995, wherein my wages averaged $700 per month.

10). I attach hereto a photocopy of my inmate trust account records for the proceeding six months, wherein my balance is $\emptyset$.

11). I have been declared indigent by a court of law in 2007. See attached copy of court order.

12). I am unable to pay costs and fees associated with filing a case in court and having the pleading served on the defendants.

Under penalty of perjury, I declare that the foregoing statements are true and complete.

Signed on: 12/6/07

_____

Akeem Muhammad #706732
Florida State Prison
7819 NW 228 St.
Raiford, FL 32026

2.

```
IBSR176 (90)              FLORIDA DEPARTMENT OF CORRECTIONS          11/08/07
                            INITIAL PAYMENT FOR FILE FEE             11:25:15
                                   FOR: 11/08/2007                   PAGE   1
```

DC # : 706732     INMT NAME : MUHAMMAD, AKEEM        CURR BAL  : $        0.00
HOLDS : $     0.00   LIENS : $  2,505.40             SPENDABLE : $        0.00

| DATE RANGE | MONTHLY AVERAGE DEPOSITS | MONTHLY AVERAGE BALANCES |
|---|---|---|
| 05/12 - 06/10 | $ 0.00 | $ 0.00 |
| 06/11 - 07/10 | $ 0.00 | $ 0.00 |
| 07/11 - 08/09 | $ 0.00 | $ 0.00 |
| 08/10 - 09/08 | $ 0.00 | $ 0.00 |
| 09/09 - 10/08 | $ 0.00 | $ 0.00 |
| 10/09 - 11/07 | $ 0.00 | $ 0.00 |

AVERAGE OVER 6 MONTHS      DEPOSITS : $    0.00
                           BALANCES : $    0.00

CALCULATED INITIAL PAYMENT : $    0.00

```
IBSR140 (74)              FLORIDA DEPARTMENT OF CORRECTIONS              11/08/07
                           TRUST FUND ACCOUNT STATEMENT                  11:24:31
                           FOR: 05/08/2007 - 11/08/2007                  PAGE   1

ACCT NAME: MUHAMMAD, AKEEM           ACCT#: 706732
BED: J1305S                          TYPE: INMATE TRUST
PO BOX:
                                                    BEGINNING BALANCE 05/08/07   $0.00

POSTED              REFERENCE
DATE    NBR  TYPE              NUMBER         FAC  REMITTER/PAYEE    +/-  AMOUNT   BALANCE
------  ---  ----------------  ------------   ---  ---------------   ---  -------  -------
05/16/07 208 MEDICAL CO-PAY    0509071045CS   000  0509071045CS       -   $0.00    $0.00
             LIEN CREATED    - 05/16/2007
06/18/07 330 MEDICAL CO-PAY    0615071015CS   000  0615071015CS       -   $0.00    $0.00
             LIEN CREATED    - 06/18/2007
08/02/07 224 MEDICAL CO-PAY    0802070800CS   000  0802070800CS       -   $0.00    $0.00
             LIEN CREATED    - 08/02/2007
08/24/07 328 MEDICAL CO-PAY    0824071015CS   000  0824071015CS       -   $0.00    $0.00
             LIEN CREATED    - 08/24/2007
09/17/07 226 LEGAL COPIES WD   20070905       000  20070905           -   $0.00    $0.00
             LIEN CREATED    - 09/17/2007
09/17/07 226 LEGAL COPIES WD   20070904       000  20070904           -   $0.00    $0.00
             LIEN CREATED    - 09/17/2007
09/24/07 232 LEGAL COPIES WD   20070909       000  20070909           -   $0.00    $0.00
             LIEN CREATED    - 09/24/2007
09/24/07 232 LEGAL COPIES WD   20070911       000  20070911           -   $0.00    $0.00
             LIEN CREATED    - 09/24/2007
10/01/07 323 POSTAGE WD        20070918       000  20070918           -   $0.00    $0.00
             LIEN CREATED    - 10/01/2007
10/01/07 323 POSTAGE WD        20070918A      000  20070918A          -   $0.00    $0.00
             LIEN CREATED    - 10/01/2007
10/02/07 198 LEGAL COPIES WD   20070830       000  20070830           -   $0.00    $0.00
             LIEN CREATED    - 10/02/2007
10/02/07 198 LEGAL COPIES WD   20070827       000  20070827           -   $0.00    $0.00
             LIEN CREATED    - 10/02/2007
10/02/07 198 LEGAL COPIES WD   20070828       000  20070828           -   $0.00    $0.00
             LIEN CREATED    - 10/02/2007
10/03/07 208 LEGAL COPIES WD   9/9/07         000  9/9/07             -   $0.00    $0.00
             LIEN CREATED    - 10/03/2007
10/03/07 208 LEGAL COPIES WD   9/12/07        000  9/12/07            -   $0.00    $0.00
             LIEN CREATED    - 10/03/2007
10/03/07 213 LEGAL COPIES WD   8/21/07        000  8/21/07            -   $0.00    $0.00
             LIEN CREATED    - 10/03/2007
10/09/07 116 LEGAL COPIES WD   20070925       000  20070925           -   $0.00    $0.00
             LIEN CREATED    - 10/09/2007
10/18/07 134 LEGAL COPIES WD   20071001       000  20071001           -   $0.00    $0.00
             LIEN CREATED    - 10/18/2007
10/19/07 163 LIEN PAYMENT      092407232001   000  20070909           -   $0.00    $0.00
10/19/07 164 LIEN PAYMENT      092407232002   000  20070911           -   $0.00    $0.00
10/22/07 192 LEGAL COPIES WD   100407         000  100407             -   $0.00    $0.00
             LIEN CREATED    - 10/22/2007
10/31/07 158 LEGAL COPIES WD   20071012       000  20071012           -   $0.00    $0.00
             LIEN CREATED    - 10/31/2007
```

```
IBSR140 (74)                        FLORIDA DEPARTMENT OF CORRECTIONS                        11/08/07
                                     TRUST FUND ACCOUNT STATEMENT                            11:24:31
                                       FOR: 05/08/2007 - 11/08/2007                          PAGE   2

ACCT NAME: MUHAMMAD, AKEEM                 ACCT#: 7067732
BED: J1305S                                TYPE: INMATE TRUST
PO BOX:

           POSTED                              REFERENCE
           DATE     NBR      TYPE              NUMBER           FAC    REMITTER/PAYEE    +/-    AMOUNT    BALANCE
           ------   ---      -------------     ------------     ---    --------------    ---    -------   -------
SUMMARY    10/31/07 184  LEGAL COPIES    WD    20071010         000                              $0.00     $0.00
                         LIEN CREATED    -     10/31/2007       20071010
SUMMARY    11/06/07 167  LEGAL COPIES    WD    102207           000                              $0.00     $0.00
                         LIEN CREATED    -     11/06/2007       102207
SUMMARY    11/06/07 167  LEGAL COPIES    WD    101907           000                              $0.00     $0.00
                         LIEN CREATED    -     11/06/2007       101907

                                                         ENDING BALANCE 11/08/07              $0.00


LIEN                                        LIEN        AMOUNT           AMOUNT
DATE      TYPE OF LIEN                      FACL        OF LIEN          STILL OWED
-----     ------------------------          ----        ----------       ----------
SUMMARY   STATE PRISON LITIGATION                       $1,328.50        $1,326.50
SUMMARY   MEDICAL CO-PAYMENT                               $96.00           $96.00
SUMMARY   DC PRISON LITIGATION                            $600.00          $600.00
05/16/07  MEDICAL CO-PAYMENT                000             $4.00            $4.00
05/31/07  STATE PRISON LITIGATION           205           $280.00          $280.00
06/18/07  MEDICAL CO-PAYMENT                000             $4.00            $4.00
08/02/07  MEDICAL CO-PAYMENT                000             $4.00            $4.00
08/24/07  MEDICAL CO-PAYMENT                000             $4.00            $4.00
09/17/07  LEGAL COPIES                      000             $1.50            $1.50
09/17/07  LEGAL COPIES                      000             $0.75            $0.75
10/01/07  POSTAGE                           000             $1.80            $1.80
10/01/07  POSTAGE                           000           $103.80          $103.80
10/02/07  LEGAL COPIES                      000             $8.70            $8.70
10/02/07  LEGAL COPIES                      000             $2.25            $2.25
10/02/07  LEGAL COPIES                      000             $3.30            $3.30
10/02/07  LEGAL COPIES                      000             $2.55            $2.55
10/03/07  LEGAL COPIES                      000             $6.30            $6.30
10/03/07  LEGAL COPIES                      000             $5.40            $5.40
10/09/07  LEGAL COPIES                      000             $0.15            $0.15
10/18/07  LEGAL COPIES                      000            $18.75           $18.75
10/22/07  LEGAL COPIES                      000             $7.20            $7.20
10/31/07  LEGAL COPIES                      000             $9.30            $9.30
10/31/07  LEGAL COPIES                      000             $1.80            $1.80
11/06/07  LEGAL COPIES                      000            $12.15           $12.15
11/06/07  LEGAL COPIES                      000             $1.20            $1.20
```