United States District Court
Middle District of Florida
Ft. Myers Division

Akeem Muhammad,            Case no. 2:07-CV-740-36DNF
   Plaintiff,

v.

George Sapp, et. al.,
   Defendants.
_____/

## Notice of Supplemental Authority

Plaintiff, pro se, requests the court to take judicial notice of the following case when considering Defendant's motion for summary judgment (doc. 105):

Wilkins v. Gaddy, 22 Fla. L. Weekly Fed. S121 (U.S. Supreme Court) (prisoner may recover on a claim of excessive use of force even where he suffers only de minimis injury)

Submitted by:

_____
Akeem Muhammad 706732, FSP, 7819
NW 228 St., Raiford, FL 32026

I certify that on 4/1/10, I mailed a copy of the foregoing to Yvette MacMillan, AAG, 501 E. Kennedy Blud, Tampa, FL 33602.

_____
Akeem Muhammad